## ALBERT H. GUILD and JAMES T. DURANT, appellants *v.* SETH JOHNSON, appellee.

*Appeal from the Municipal Court of the City of Chicago.*

Where in an action of debt, a judgment for damages is rendered, the judgment will be reversed; but the error will be corrected in this Court, and such a judgment given as the Court below should have rendered.

THIS was an action of *debt* brought by the appellee against the appellants in the Municipal Court of the City of Chicago. Judgment was rendered for the plaintiff below, *for damages* only, and costs of suit.

J. R. SCAMMON, for the appellants.

G. Spring, for the appellee.

*Per Curiam:* Let the judgment be reversed, and let judgment be rendered in this Court *in debt* for the amount of the judgment of the Court below. The costs of this Court will be taxed against the appellants; those in the Court below against the appellee.

*Judgment reversed,* and judgment rendered in this Court.